# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 12-396V
### (Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |
|---|---|
| KATHRYN GODLEWSKI | Filed: January 31, 2014 |
| Petitioner, |  |
| v. | Decision by Stipulation; Attorney's Fees & Costs |
| SECRETARY OF HEALTH AND HUMAN SERVICES |  |
| Respondent. |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>Clifford Shoemaker</u>, Vienna, VA, for Petitioner

<u>Ann Martin</u>, Washington, DC, for Respondent

## ATTORNEY'S FEES AND COSTS DECISION[1]

On June 20, 2012, Petitioner filed a petition seeking compensation under the National Vaccine Injury Compensation Program ("the Vaccine Program"). On July 12, 2013, the parties filed a proffer detailing an amount to be awarded to Petitioner. The special master previously assigned to this case subsequently issued a decision finding the parties' proffer to be reasonable and granting Petitioner the award outlined by the proffer.

On January 31, 2014, counsel for both parties filed a joint stipulation concerning attorney's fees and costs. The parties have stipulated that Petitioner's counsel should receive a

---

[1] Because this decision contains a reasoned explanation for my action in this case, I will post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, "the entire" decision will be available to the public. <u>Id.</u>

lump sum of $14,128.07, in the form of a check payable to Petitioner and Petitioner's counsel. This amount represents a sum to which Respondent does not object.

Additionally, the parties have stipulated that Petitioner should receive a lump sum of $461.10, in the form of a check payable to Petitioner alone. This amount represents the costs personally borne by Petitioner to which Respondent does not object.

I approve the requested amount for attorney's fees and costs as reasonable. Accordingly, an award in the amount of $14,128.07 should be made in the form of a check payable jointly to Petitioner and Petitioner's counsel, Clifford J. Shoemaker. In addition, an award in the amount of $461.10 should be made in the form of a check payable to Petitioner alone. In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[2]

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.